# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NASSER PARVANEHGOHAR, | ) |
| | ) Case No. 8:15CV422 |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) ORDER |
| THE METROPOLITAN LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

This case is before the court on the parties' Rule 26(f) Report (#12). This being an ERISA case, the matter is appropriate for dispositive motions. Accordingly,

**IT IS ORDERED:**

1. The parties shall have until **February 5, 2016,** to file the administrative record and applicable plan documents.

2. The defendant shall have until **February 19, 2016,** to file a motion and brief to affirm the administrator's decision.

3. The plaintiff shall have until **March 4, 2016,** to respond to the defendant's motion.

4. The defendant shall have until **March 18, 2016,** to file a reply.

5. Should the court require any further proceedings in the matter, the parties will be notified by the court.

Dated this 22nd day of January 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge