# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NASSER PARVANEHGOHAR, <br><br> Plaintiff, <br><br> vs. <br><br> THE METROPOLITAN LIFE INSURANCE COMPANY, <br><br> Defendant. | 8:15CV422 <br><br> JUDGMENT |

For the reasons set out in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1. Defendant Metropolitan Life Insurance Company's Motion to Affirm Administrator's Decision (Filing No. 17) is granted;

2. The above-captioned action is dismissed with prejudice; and

3. The Court will not assess costs or attorney's fees.

Dated this 9th day of May, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge